**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JUN -2 2026 12: 16  P

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
| **Plaintiff,** | JUDGE |
| v. | |
| **OMAR M. OMAR** | **INDICTMENT** |
| **Defendant.** | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |
| | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
#### (Felon in Possession of a Firearm)

1.     On or about March 23, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, an Anderson AM-15 rifle, bearing serial number 211896390, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
#### (Distribution of Fentanyl)

2.     On or about March 23, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, did knowingly, intentionally, and unlawfully distribute a mixture or substance

1

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT THREE
### (Felon in Possession of a Firearm)

3.      On or about April 2, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Taurus 85, .38 Special revolver, bearing serial number LA18582, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FOUR
### (Distribution of Fentanyl)

4.      On or about April 2, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT FIVE
### (Felon in Possession of a Firearm)

5.      On or about May 20, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Smith & Wesson M&P

2

Bodyguard, .380 caliber pistol, bearing serial number KER2595, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT SIX
**(Possession with Intent to Distribute of Fentanyl, Methamphetamine, and Cocaine)**

6.      On or about May 20, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, did knowingly, intentionally, and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl; a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT SEVEN
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

7.      On or about May 20, 2026, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, knowingly possessed a firearm, specifically, a Smith & Wesson M&P Bodyguard, .380 caliber pistol, bearing serial number KER2595, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, methamphetamine, and cocaine as charged in Count Six of this Indictment, the allegations of which are incorporated here by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## FORFEITURE ALLEGATION A

8.　　The allegations of Counts Five and Seven of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

9.　　Upon conviction of the offense alleged in either Count Five or Count Seven of this Indictment, the defendant, **OMAR M. OMAR**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Smith & Wesson M&P Bodyguard, .380 caliber pistol, bearing serial number KER2595; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

10.　　The allegations of Count Six of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1)-(2) and 28 U.S.C. § 2461(c).

11.　　Upon conviction of the offense alleged in Count Six of this Indictment, the defendant, **OMAR M. OMAR**, shall forfeit to the United States his interest in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, or used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including, but not limited to, the following:

- Approximately $1893 in United States currency;
- One Smith & Wesson M&P Bodyguard, .380 caliber pistol, bearing serial number KER2595; and
- All associated ammunition.

4

Forfeiture pursuant to 21 U.S.C. § 853(a)(1)-(2), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

/s/ foreperson
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney

5